

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KYUNG SHIN KIM aka ) <br> SARAH KIM ) <br> Defendant. ) <br> ) | CRIMINAL CASE NO. 03-00058-002 <br><br> **REQUEST TO TRAVEL** |

On April 4, 2005, Kyung Shin Kim was sentenced by Designated Judge Robert Clive Jones, for Count I: Conspiracy to Traffic in Counterfeit Merchandise, in violation of 18 U.S.C. §§ 371 and 2320. She was sentenced to a 24 month term of probation with conditions that she not commit another federal, state, or local crime; not unlawfully possess a controlled substance; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; serve six months of home detention, comply with the standard conditions of probation as set forth by the U.S. Sentencing Commission; perform 200 hours of community service; and pay a special assessment fee of $100.00.

Ms. Kim is requesting the Court's permission to travel to Seoul, South Korea, for dental treatment for her daughter and herself. She also intends to leave her two daughters, five-year-old Naomi Lee and three-year old Hannah Lee, in Korea with her parents until her home confinement term ends in January 2006. She will depart on September 27, 2005 and return to Guam on October 28, 2005.

To date, Ms. Kim has satisfactorily adjusted to her term of probation. She paid her $100 special assessment fee on April 4, 2005, and is presently performing the 200 hours of community service at her church. Ms. Kim is serving her home confinement requirement. In addition, she submits monthly supervision reports in a timely manner. This Officer supports the travel request and seeks Court approval.

Respectfully Submitted,

FRANK MICHAEL CRUZ
Chief U. S. Probation Officer

By: *Judy Anne L. Ocampo*
JUDY ANNE L. OCAMPO
U. S. Probation Officer

Reviewed by:

*Rossanna Villagomez-Aguon*
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File

ORIGINAL