| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

**ORIGINAL**

Kyung Shin Kim
USDC Cr. Cs. #03-00058-002
SS# XXX-XX-3842
DOB: XX-XX-1969
HT: 5 ft 1 in
WT: 98 lbs

DATE  September 20, 2005

YOU ARE AUTHORIZED TO TRAVEL TO   Seoul, South Korea

LEAVING   September 27, 2005      AND RETURNING   October 28, 2005

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Dental treatment and to accompany minor daughters who will remain in Korea.

**FILED**
DISTRICT COURT OF GUAM
SEP 22 2005
MARY L.M. MORAN
CLERK OF COURT

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA.
ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of probation while in Seoul, South Korea;
2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;
3. You shall call your probation officer if you change accommodation/location; and
4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER
IN DISTRICT OF DESTINATION:

NAME     N/A
ADDRESS

**RECEIVED**
SEP 21 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

*Judy Anne L. Ocampo*
UNITED STATES PROBATION OFFICER

☑ APPROVED      ☐ DISAPPROVED

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

Case 1:03-cr-00058   Document 206   Filed 09/22/2005   Page 1 of 1